The COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.

No. 128 EM 2015.

Supreme Court of Pennsylvania.

Dec. 21, 2015.

### ORDER

PER CURIAM.

AND NOW, this 21st day of December, 2015, the Application for Leave to File Original Process and the Petition for Writ of Mandamus and/or Extraordinary Relief are **DISMISSED.** *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (explaining that hybrid representation is not permitted). The Prothonotary is **DIRECTED** to forward the filings to counsel of record.

◼

Mr. Jason PARKER, pro se, Petitioner

v.

COMMONWEALTH of Pennsylvania, Respondent.

No. 137 EM 2015.

Supreme Court of Pennsylvania.

Dec. 21, 2015.

### ORDER

PER CURIAM.

AND NOW, this 21st day of December, 2015, the Application for Extraordinary Relief is **DENIED.**

◼

The JEWISH HOME OF EASTERN PENNSYLVANIA, Appellant

v.

PENNSYLVANIA DEPARTMENT OF HEALTH and Pennsylvania Health Policy Board, Appellees.

Supreme Court of Pennsylvania.

Dec. 21, 2015.

### ORDER

PER CURIAM.

AND NOW, this 21st day of December, 2015, the order of the Commonwealth Court is **AFFIRMED.**